CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
June 24, 2024
LAURA A. AUSTIN, CLERK
BY /s/ Kendra Campbell
    DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **JACKIE PARSONS, ETC., ET AL.,** | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 1:23CV00034 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SOUTHWEST VIRGINIA REGIONAL JAIL AUTHORITY, ET AL.,** | ) | JUDGE JAMES P. JONES |
| | ) | |
| Defendants. | ) | |

It appearing that this action was filed on October 3, 2023, and no proof of service on any defendant has been filed, there has been no appearance by any defendant, and the plaintiffs have not responded to the Order to Show Cause entered on February 26, 2024, it is **ORDERED** that the this action is DISMISSED without prejudice and the Clerk shall close the case.

ENTER: June 24, 2024

/s/ JAMES P. JONES
Senior United States District Judge